UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CARRILLO,<br>Plaintiff,<br>v.<br>CITY OF REEDLEY, *et al.*,<br>Defendants. | Case No. 1:24-cv-01093-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 30) |

On November 6, 2026, the parties filed a joint stipulation to modify the scheduling order. (ECF No. 30).

Upon consideration, the Court shall GRANT the stipulation. The rebuttal expert disclosures deadline is extended to December 17, 2026, and the expert discovery cutoff is extended to January 20, 2027. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **November 9, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE